THOMAS and Another, Respondents, Impleaded with CHARLES A. HAMILTON, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ELIPHALET W. TYLER, Respondent, v. TWIN CITY POWER COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JOHN J. O'LEARY as President of IRISH RELIEF FUND BAZAAR, Respondent, v. ARTEMAS WARD, Trading as WARD & GOW, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of the Application of BUSINESS DETAIL CORPORATION, Appellant, v. WILLIAM A. PRENDERGAST, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JOSEPH BAILEY v. GEORGE MONTGOMERY and Another.— Motion denied, with ten dollars costs. Present.— Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

IRVING H. ISAACS v. TORONTO FURNITURE COMPANY.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of ELSMERE PLACE.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

OTTO WEIL v. COMOEDIA VERTRIEB, etc.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

TILLIE ADLER v. THOMASHEFSKY THEATRE COMPANY.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

TILLIE ADLER v. THOMASHEFSKY THEATRE COMPANY.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CITY REAL ESTATE COMPANY v. LAWSON PURDY.— Motion granted unless appellant complies with terms of order. Present.— Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JOSEPH M. CONKLIN v. FEDERAL TRUST COMPANY.— Motion denied. Present— Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JOSEPH S. MULRONEY v. METAL SHELTER COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

RUFUS M. OVERLANDER v. HOLBROOK, CABOT & ROLLINS CORPORATION.— Motion to dismiss appeal granted unless appellant complies with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

RUFUS M. OVERLANDER v. HOLBROOK, CABOT & ROLLINS CORPORATION.— Motion to open default granted on terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JACOB GUTTENBERG.—